**David KENYON, Plaintiff/Appellee,**

v.

**Clayton EDWARDS, individually, Defendant/Appellant,**

**Lt. Jim Hale, individually; Jeremiah Ervin, individually; Dan Jarry, individually, originally sued as "Van Jarry,", Defendants.**

No. 05–3487.

United States Court of Appeals, Eighth Circuit.

Jan. 18, 2007.

Before LOKEN, Chief Judge, WOLLMAN, BEAM, MURPHY, BYE, RILEY, MELLOY, SMITH, COLLOTON, GRUENDER, BENTON and SHEPHERD, Circuit Judges, en banc.

### *ORDER*

On rehearing en banc, the district court's judgment is affirmed by vote of an equally divided court.